UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61189-CIV-HUCK/O'SULLIVAN

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., a Florida
Non-Profit Corporation, and DENISE
PAYNE, Individually,

    Plaintiffs,

v.

LENNROUGE, INC., a Florida Profit
Corporation,,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiffs' Verified Application for Attorneys Fees, Costs and Expert Fees and Accompanying Memorandum of Law (DE # 26, 1/31/11).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiffs' Verified Application for Attorneys Fees, Costs and Expert Fees and Accompanying Memorandum of Law (DE # 26, 1/31/11) on or before March 24, 2011.

The failure to file a response may result in a recommendation that the Plaintiffs' Verified Application for Attorneys Fees, Costs and Expert Fees and Accompanying Memorandum of Law (DE # 26, 1/31/11) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 10th day of March, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record